IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

LISA A. CHEVRIER,

**Plaintiff,**

vs.                                                                              Civil No.        13-986 SMV

CAROLYN W. COLVIN, Acting
Commissioner of the Social Security
Administration,

**Defendant.**

ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION
FOR ATTORNEY FEES UNDER EAJA

**THIS MATTER** is before the Court on Plaintiff's Unopposed Motion for Attorney Fees

Pursuant to the Equal Access to Justice Act, with Memorandum in Support [Doc. 22], filed on

June 1, 2015. Plaintiff requests attorney fees in the amount of $6,833.20.  The Commissioner

does not oppose the motion and, therefore, does not object to Plaintiff's request for attorney fees.

The Court being otherwise fully advised in the premises, **FINDS** that the motion is well-taken

and will be **GRANTED**.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Plaintiff's

Motion [Doc. 22] is **GRANTED**, and Plaintiff is authorized to receive $6,833.20 for payment to

her attorney for services before this Court, as permitted by the Equal Access to Justice Act, 28

U.S.C. § 2412, and in accordance with Manning v. Astrue, 510 F.3d 1246, 1255 (10th Cir. 2007).

**IT IS FURTHER ORDERED** that if Plaintiff's counsel is ultimately granted attorney

fees pursuant to 42 U.S.C. § 406(b) of the Social Security Act, counsel shall refund the smaller

award to Plaintiff pursuant to Gisbrecht v. Barnhart, 535 U.S. 789, 796 (2002) ("Congress

harmonized fees payable by the Government under EAJA with fees payable under § 406(b) out of the claimant's past-due Social Security benefits in this manner: Fee awards may be made under both prescriptions, but the claimant's attorney must refun[d] to the claimant the amount of the smaller fee.") (internal quotation marks omitted).

       **IT IS SO ORDERED**.

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**
**Presiding by Consent**

Submitted By:

*/s/Michael D. Armstrong*
Michael D. Armstrong
Attorney for Plaintiff

Email approval on 5/29/15
Gregory E White
Special Assistant U.S. Attorney
Office of the General Counsel SSA
1301 Young St., Suite A702
Dallas, TX 75202-5433
greg.white@ssa.gov